1  GOLD BENNETT CERA & SIDENER LLP
   SOLOMON B. CERA (State Bar No. 99467)
2  GWENDOLYN R. GIBLIN (State Bar No. 181973)
   595 Market Street, Suite 2300
3  San Francisco, California 94105
   Tel: (415) 777-2230
4  Fax: (415) 777-5189
   E-mail:  scera@gbcslaw.com
5            ggiblin@gbcslaw.com

6  Attorneys for Plaintiff John Sender

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN SENDER,                                  | ) Case No.: 11-cv-3828 EMC
12 |                      Plaintiff,               | ) **STIPULATION AND [PROPOSED]**
13 |                                               | ) **ORDER REGARDING SCHEDULE FOR**
   |         v.                                    | ) **PLAINTIFF'S MOTION TO REMAND**
14 |                                               | ) **TO STATE COURT AND DEFENDANT'S**
   | FRANKLIN RESOURCS, INC. and DOES 1-           | ) **MOTION TO DISMISS**
15 | 15,                                           | )
   |                      Defendants.              | )
16 |                                               | )

17

18       WHEREAS Plaintiff John Sender ("Plaintiff") filed this action in San Mateo County

19 Superior Court and Defendant Franklin Resources, Inc. ("Defendant") removed the case to

20 federal court on August 3, 2011 (Dkt. #1);

21       WHEREAS Defendant on August 4, 2011, Defendant served notice of removal to federal

22 court upon Plaintiff by U.S. mail (Dkt. #4);

23       WHEREAS Plaintiff intends to file a motion to remand the action to state court;

24       WHEREAS on August 10, 2011 Defendant filed a motion to dismiss (Dkt. #6) for which

25 the hearing date is currently September 19, 2011 (Dkt. #13);

26       WHEREAS the parties disagree as to whether Plaintiff's motion to remand should be

27 briefed and heard before Defendant's motion to dismiss, or whether both motions should proceed

28 simultaneously;

STIP AND [PROPOSED] ORDER REGARDING SCHEDULE FOR MOTION TO REMAND AND MOTION TO DISMISS
11-cv-3828 EMC

WHEREAS the Plaintiff's opposition to the pending motion to dismiss is currently due on August 24, 2011 (Dkt. entry dated August 12, 2011);

WHEREAS the Commentary to Civil Local Rule 7-2 provides that the time periods for filing oppositions and reply to motions are minimum periods, and that "[f]or complex motions, the parties are encouraged to stipulate to or seek a Court order establishing a longer notice period with correspondingly longer periods for response and reply;"

WHEREAS, given Plaintiff's intention to file a motion to remand, the parties have reached an agreement regarding a proposed briefing schedule and hearing date;

**THE PARTIES HEREBY STIPULATE** to the following schedule:

| | |
|---|---|
| September 2, 2011 | Plaintiff files his motion to remand to state court |
| September 16, 2011 | Plaintiff files his opposition to defendant's motion to dismiss<br>-- and --<br>Defendant files its opposition to the motion to remand |
| September 23, 2011 | Plaintiff files his reply brief in support of his motion to remand<br>-- and –<br>Defendant files its reply brief in support of its motion to dismiss |
| October 14, 2011 at 1:30 p.m. | Hearing regarding both Plaintiff's motion to remand and Defendant's motion to dismiss |

Dated:  August 22, 2011                            GOLD BENNETT CERA & SIDENER LLP

By:   /s/Gwendolyn R. Giblin
Gwendolyn R. Giblin

Attorneys for Plaintiff John Sender

STIP AND [PROPOSED] ORDER REGARDING SCHEDULE FOR MOTION TO REMAND AND MOTION TO DISMISS
11-cv-3828 EMC

1 | Dated: August 22, 2011
2
3
4
5
6
7
8
9
10
11
12 | **IT IS SO ORDERED.**
13 | Dated: August __23__, 2011
14
15
...
28

TRUCKER HUSS
A Professional Corporation

By:  /s/R.Bradford Huss
R. Bradford Huss (SBN #71303)
Charles M. Dyke (SBN #183900)
Virginia H. Perkins (SBN #215832)
100 Montgomery Street, 23rd Floor
San Francisco, CA 94104
Tel: (415) 788-3111
Fax: (415) 421-2017
E-mail:  bhuss@truckerhuss.com
         cdyke@truckerhuss.com
         vperkins@truckerhuss.com

Attorneys for Franklin Resources, Inc.

_____
Hon. Edward M. Chen
United States

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

STIP AND [PROPOSED] ORDER REGARDING SCHEDULE FOR MOTION TO REMAND AND MOTION TO DISMISS
11-cv-3828 EMC