1 | GOLD BENNETT CERA & SIDENER LLP
SOLOMON B. CERA (State Bar No. 99467)
2 | GWENDOLYN R. GIBLIN (State Bar No. 181973)
C. ANDREW DIRKSEN (State Bar No. 197378)
3 | 595 Market Street, Suite 2300
San Francisco, California 94105
4 | Tel: (415) 777-2230
Fax: (415) 777-5189
5 | E-mail: scera@gbcslaw.com
E-mail: ggiblin@gbcslaw.com
6 | E-mail: cdirksen@gbcslaw.com

7 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SENDER, | Case No.: 11-cv-3828 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO PLEAD IN RESPONSE TO OCTOBER 20, 2011 ORDER** |
| v. | |
| FRANKLIN RESOURCES, INC. and DOES 1-15, | |
| Defendants. | |

WHEREAS on October 20, 2011 the Court entered its order denying plaintiff's motion to remand and granting defendant's motion to dismiss based on complete ERISA preemption ("Order"); and

WHEREAS the Court gave Plaintiff to and including November 9, 2011 to file an amended complaint; and

WHEREAS Plaintiff has requested that Defendant agree to an extension to November 30, 2011 to plead in response to the Order; and

WHEREAS Defendant does not oppose Plaintiff's request for an extension,

1    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto,

2  through their counsel of record, that Plaintiff may have to and including November 30, 2011 to

3  plead in response to the Order.

4  Dated:  November 3, 2011                    GOLD BENNETT CERA & SIDENER LLP

5                                              By: /s/Solomon B. Cera
                                                Solomon B. Cera (SBN #99467)
6                                               Gwendolyn R. Giblin (SBN #181973)
7                                               C. Andrew Dirksen (SBN #197378)
                                                595 Market Street, Suite 2300
8                                               San Francisco, CA 94105
                                                Tel: (415) 777-2230
9                                               Fax: (415) 777-5189
10                                              scera@gbcslaw.com
                                                ggiblin@gbcslaw.com
11                                              cdirksen@gbcslaw.com
12
                                                Attorneys for Plaintiff
13
14  Dated: November 3, 2011                    TRUCKER HUSS
                                                A Professional Corporation
15
16                                              By: /s/R. Bradford Huss
                                                R. Bradford Huss (SBN #71303)
17                                              Charles M. Dyke (SBN #183900)
                                                Virginia H. Perkins (SBN #215832)
18                                              100 Montgomery Street, 23rd Floor
                                                San Francisco, CA 94104
19                                              Tel: (415) 788-3111
20                                              Fax: (415) 421-2017
                                                bhuss@truckerhuss.com
21                                              cdyke@truckerhuss.com
                                                vperkins@truckerhuss.com
22
23                                              Attorneys for Franklin Resources, Inc.

24

25

26

27

28

**ORDER**

Pursuant to the parties' Stipulation, Plaintiff may have to and including November 30, 2011 to plead in response to the Order (Dkt. 25).

**IT IS SO ORDERED**.

Dated: November __, 2011

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

