1  GOLD BENNETT CERA & SIDENER LLP
   SOLOMON B. CERA (State Bar No. 99467)
2  GWENDOLYN R. GIBLIN (State Bar No. 181973)
   C. ANDREW DIRKSEN (State Bar No. 197378)
3  595 Market Street, Suite 2300
   San Francisco, California 94105
4  Tel: (415) 777-2230
   Fax: (415) 777-5189
5  E-mail: scera@gbcslaw.com
   E-mail: ggiblin@gbcslaw.com
6  E-mail: cdirksen@gbcslaw.com

7  Attorneys for Plaintiff

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 JOHN SENDER,                        ) Case No.: 11-cv-3828 EMC
                                       )
13              Plaintiff,             ) **STIPULATION AND [PROPOSED]**
                                       ) **ORDER FOR AN EXTENSION OF**
14         v.                          ) **TIME TO PLEAD IN RESPONSE TO**
                                       ) **OCTOBER 20, 2011 ORDER**
15                                     )
   FRANKLIN RESOURCES, INC. and DOES   )
16 1-15,                               )
                                       )
17              Defendants.            )
                                       )
18

19      WHEREAS on October 20, 2011 the Court entered its order denying plaintiff's motion to

20 remand and granting defendant's motion to dismiss based on complete ERISA preemption

21 ("Order"); and

22      WHEREAS the Court gave Plaintiff to and including November 9, 2011 to file an

23 amended complaint; and

24      WHEREAS Plaintiff has requested that Defendant agree to an extension to November 30,

25 2011 to plead in response to the Order; and

26      WHEREAS Defendant does not oppose Plaintiff's request for an extension,

27

28

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO PLEAD – Case No. 11-cv-3828 EMC    1

1    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto,

2 through their counsel of record, that Plaintiff may have to and including November 30, 2011 to

3 plead in response to the Order.

4 Dated:  November 3, 2011                         GOLD BENNETT CERA & SIDENER LLP

5                                                 By: /s/Solomon B. Cera
                                                  Solomon B. Cera (SBN #99467)
6                                                 Gwendolyn R. Giblin (SBN #181973)
7                                                 C. Andrew Dirksen (SBN #197378)
                                                  595 Market Street, Suite 2300
8                                                 San Francisco, CA 94105
                                                  Tel: (415) 777-2230
9                                                 Fax: (415) 777-5189
10                                                scera@gbcslaw.com
                                                  ggiblin@gbcslaw.com
11                                                cdirksen@gbcslaw.com
12
                                                  Attorneys for Plaintiff
13
   Dated: November 3, 2011                        TRUCKER HUSS
14                                                A Professional Corporation
15
                                                  By: /s/R. Bradford Huss
16                                                R. Bradford Huss (SBN #71303)
                                                  Charles M. Dyke (SBN #183900)
17                                                Virginia H. Perkins (SBN #215832)
18                                                100 Montgomery Street, 23rd Floor
                                                  San Francisco, CA 94104
19                                                Tel: (415) 788-3111
                                                  Fax: (415) 421-2017
20                                                bhuss@truckerhuss.com
21                                                cdyke@truckerhuss.com
                                                  vperkins@truckerhuss.com
22
                                                  Attorneys for Franklin Resources, Inc.
23

24

25

26

27

28

**ORDER**

Pursuant to the parties' Stipulation, Plaintiff may have to and including November 30, 2011 to plead in response to the Order (Dkt. 25).

**IT IS SO ORDERED**.

Dated: November __, 2011

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

