R. Bradford Huss, No. 71303
Charles M. Dyke, No. 183900
Virginia H. Perkins, No. 215832
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: bhuss@truckerhuss.com
cdyke@truckerhuss.com
vperkins@truckerhuss.com

Attorneys for Defendant
FRANKLIN RESOURCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN SENDER,<br><br>             Plaintiff,<br><br>     vs.<br><br>FRANKLIN RESOURCES, INC. and DOES 1-15,<br><br>             Defendant. | Case No. C-11-03828 EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This Stipulation is made by and between plaintiff John Sender ("Plaintiff") and defendant Franklin Resources, Inc. ("Defendant") by and through their respective counsel of record, with respect to the following facts:

WHEREAS, on August 17, 2011, the Court ordered that an initial case management conference would be held in this case on Friday, December 2, 2011 at 9:00 a.m.;

WHEREAS, on October 20, 2011, the Court entered an Order denying Plaintiff's motion to remand and granting Defendant's motion to dismiss based on ERISA preemption and gave Plaintiff until November 9, 2011 to file an amended complaint;

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE; CASE NO. 11-CV-3828 EMC
#1200631

1

WHEREAS, by stipulation and Order signed by the Court on November 7, 2011, Plaintiff now has until November 30, 2011 to plead in response to the October 20, 2011 Order; and

WHEREAS, there is currently no operative complaint on record and Plaintiff is currently examining the issues and determining how to proceed;

NOW THEREFORE, the parties hereby stipulate and agree, and respectfully request that the Court order that the case management conference currently set for December 2, 2011 be continued until January 27, 2012.

DATED: November 17, 2011　　　　　TRUCKER ✦ HUSS

By: /s/R. Bradford Huss
R. Bradford Huss
Attorneys for Defendant
FRANKLIN RESOURCES, INC.

DATED: November 17, 2011　　　　　GOLD BENNETT CERA & SIDENER LLP

By: /s/Solomon B. Cera
Solomon B. Cera (SBN 99467)
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: (415) 777-2230
Fax: (415) 777-5189
Email: scera@gbcslaw.com
Attorneys for Plaintiff, JOHN SENDER

I attest that my firm has obtained Mr. Cera's concurrence in the filing of this document.

DATED: November 17, 2011　　　　　TRUCKER ✦ HUSS

By:/s/R. Bradford Huss
R. Bradford Huss
Attorneys for Defendant
FRANKLIN RESOURCES, INC.

**ORDER**

Pursuant to the parties' Stipulation, the case management conference currently scheduled for December 2, 2011 is rescheduled for January 27, 2012 at 9:00 a.m., in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California. A joint CMC statement shall be filed by January 20, 2012.

**IT IS SO ORDERED.**

Dated:  11/21/11

_____
Honorable Edward M. Chen, Judge of the United States District Court

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

Trucker ♦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE; CASE NO. 11-CV-3828 EMC
#1200631

3