GOLD BENNETT CERA & SIDENER LLP
SOLOMON B. CERA (State Bar No. 99467)
GWENDOLYN R. GIBLIN (State Bar No. 181973)
C. ANDREW DIRKSEN (State Bar No. 197378)
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: (415) 777-2230
Fax: (415) 777-5189
E-mail: scera@gbcslaw.com
E-mail: ggiblin@gbcslaw.com
E-mail: cdirksen@gbcslaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SENDER, | Case No.: 11-cv-3828 EMC |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR LEAVE TO PROPOUND LIMITED DISCOVERY IN LIGHT OF DEFENDANT'S INABILAITY TO TIMELY FILE OPPOSITION MEMORANDUM** |
| v. | |
| FRANKLIN RESOURCES, INC. and DOES 1-15, | |
| Defendants. | (granted in part) |

**WHEREAS** on June 15, 2012, plaintiff timely filed his Motion for Leave to Propound Limited Discovery ("Motion") (ECF No. 50); and

**WHEREAS** by orders entered June 4, 2012 and June 26, 2012, defendant Franklin Resources, Inc. ("Defendant") was ordered to file its opposition to the Motion on June 29, 2012; and

**WHEREAS** Defendant was unable to timely file its opposition to the Motion until the morning of July 2, 2012 due to a technical failure of the Court's ECF system on June 29; and

**WHEREAS** Plaintiff's reply papers in support of the Motion are due on July 6, 2012; and

STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME – Case No. 11-cv-3828 EMC    1
#126044

1  **WHEREAS** the delay in the filing of Defendant's opposition to the Motion has reduced
2  the number of days Plaintiff otherwise would have had to prepare his reply brief;
3  Accordingly, good cause existing, **IT IS HEREBY STIPULATED AND AGREED**, by
4  and between the parties hereto, through their counsel of record, that Plaintiff may have to and
5  including July 10, 2012 to file his reply brief in support of the Motion.

6  Dated:  July 3, 2012                        GOLD BENNETT CERA & SIDENER LLP

7                                              By: /s/Solomon B. Cera
8                                              Solomon B. Cera (SBN #99467)
                                                Gwendolyn R. Giblin (SBN #181973)
9                                              C. Andrew Dirksen (SBN #197378)
                                                595 Market Street, Suite 2300
10                                             San Francisco, CA 94105
11                                             Tel: (415) 777-2230
                                                Fax: (415) 777-5189
12                                             scera@gbcslaw.com
                                                ggiblin@gbcslaw.com
13                                             cdirksen@gbcslaw.com
14
                                                Attorneys for Plaintiff
15
16  Dated: July 3, 2012                        TRUCKER HUSS
                                                A Professional Corporation
17
                                                By: /s/Virginia H. Perkins
18                                             R. Bradford Huss (SBN #71303)
                                                Charles M. Dyke (SBN #183900)
19                                             Virginia H. Perkins (SBN #215832)
20                                             One Embarcadero Center, 12th Floor
                                                San Francisco, CA 94111
21                                             Tel: (415) 788-3111
                                                Fax: (415) 421-2017
22                                             bhuss@truckerhuss.com
23                                             cdyke@truckerhuss.com
                                                vperkins@truckerhuss.com
24
                                                Attorneys for Franklin Resources, Inc.
25
26
27
28

1 **ORDER**

2 Pursuant to the parties' Stipulation, Plaintiff may have to and including July ~~10~~ 9, 2012 to

3 file his reply brief in support of Motion for Leave to Propound Limited Discovery (ECF No. 50).

4 **IT IS SO ORDERED**.

5 Dated: July __3__, 2012



_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen