R. Bradford Huss, No. 71303
Charles M. Dyke, No. 183900
Virginia H. Perkins, No. 215832
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: bhuss@truckerhuss.com
cdyke@truckerhuss.com
vperkins@truckerhuss.com

Attorneys for Defendant
FRANKLIN RESOURCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN SENDER,<br><br>        Plaintiff,<br><br>  vs.<br><br>FRANKLIN RESOURCES, INC. and DOES 1-15,<br><br>        Defendant. | Case No. C-11-03828 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON FRANKLIN'S MOTIONS UNDER RULE 12(c) AND RULE 56**<br><br>(Hearing reset from 1/17/13 to 1/24/13 at 1:30 p.m.) |

      Plaintiff John Sender ("Sender") and defendant Franklin Resources, Inc. ("Franklin") (together the "Parties"), by and through their respective counsel of record, hereby request that the Court enter an Order extending the briefing schedule associated with Franklin's Motion for Summary Judgment on Statute of Limitations Grounds (Dkt. # 77) and Franklin's Motion for Judgment on the Pleadings (Dkt. # 74) (together the "Motions"), both of which were filed by Franklin on November 15, 2012 and are set for hearing on January 17, 2013.

      **WHEREAS**, under the current briefing schedule, Sender's oppositions to the Motions are due November 29, 2012 and Franklin's reply briefs are due December 6, 2012;

      **WHEREAS**, Sender has filed a Motion to Extend Time;

      **WHEREAS**, Franklin disagrees with the basis for Sender's Motion to Extend Time;

1     **WHEREAS**, in order to conserve judicial resources, the Parties have agreed to extend the
2 deadline for Sender to file his opposition briefs and Franklin to file its reply briefs.

3     **THEREFORE**, the Parties hereby stipulate and agree, and request that the Court enter an
4 Order, extending the briefing schedule as follows:

5     1.     Sender shall file oppositions to the Motions no later than December 11, 2012.

6     2.     Franklin shall file reply briefs in support of the Motions no later than December 21,
7 2012.

8     **PRIOR EXTENSIONS OF TIME**

9 Prior extensions of time granted in this litigation include the following:

- An Order revising the briefing schedule on Franklin's Motion to Dismiss and Sender's Motion to Remand. (Dkt. No. 15)
- An Order extending the time for Sender to file an amended complaint. (Dkt. No. 29)
- An Order continuing a case management conference. (Dkt. No. 31).
- An Order extending the time for Sender to file a reply brief following a technical failure of the Court's ECF system, which prevented the timely filing of Franklin's opposition brief. (Dkt. No. 58).

18     **IT IS SO STIPULATED.**

19 DATED: November 27, 2012     TRUCKER ✦ HUSS

By: /s/R. Bradford Huss
    R. Bradford Huss, Attorneys for Defendant
    FRANKLIN RESOURCES, INC.

DATED: November 27, 2012     GOLD BENNETT CERA & SIDENER LLP

By: /s/Solomon B. Cera
    Solomon B. Cera (SBN 99467)
    595 Market Street, Suite 2300
    San Francisco, California 94105
    Tel: (415) 777-2230
    Fax: (415) 777-5189
    Email: scera@gbcslaw.com
    Attorneys for Plaintiff, JOHN SENDER

I attest that my firm has obtained Mr. Cera's concurrence in the filing of this document.

DATED: November 27, 2012  TRUCKER ✦ HUSS

By: /s/R. Bradford Huss
R. Bradford Huss
Attorneys for Defendant
FRANKLIN RESOURCES, INC.

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE;
Case No. C11-03828-EMC
#1292373

3

**ORDER**

Pursuant to the Parties' Stipulation, it is ordered that:

1. Sender shall file oppositions to the Motions (Dkt. # 74 and Dkt. # 77) no later than December 11, 2012.

2. Franklin shall file reply briefs in support of the Motions no later than December 21, 2012. The hearing is rescheduled from January 17, 2013 to January 24, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 28, 2012



Honorable Edward M. Chen
Judge of the United States District Court

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen