1  R. Bradford Huss, No. 71303
   Charles M. Dyke, No. 183900
2  Virginia H. Perkins, No. 215832
   TRUCKER ✦ HUSS
3  A Professional Corporation
   One Embarcadero Center, 12th Floor
4  San Francisco, California  94111
   Telephone:      (415) 788-3111
5  Facsimile:       (415) 421-2017
   E-mail:          bhuss@truckerhuss.com
6                  cdyke@truckerhuss.com
                   vperkins@truckerhuss.com
7

8  Attorneys for Defendant
   FRANKLIN RESOURCES, INC.
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN SENDER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FRANKLIN RESOURCES, INC. and DOES 1-15,<br><br>　　　　　Defendant. | Case No. C-11-03828 EMC<br><br>**STIPULATION AND [P~~ROPOSED~~]<br>ORDER EXTENDING BRIEFING<br>SCHEDULE ON FRANKLIN'S MOTIONS<br>UNDER RULE 12(c) AND RULE 56**<br><br>(Hearing reset from 1/17/13 to 1/24/13 at 1:30 p.m.) |

   Plaintiff John Sender ("Sender") and defendant Franklin Resources, Inc. ("Franklin")
(together the "Parties"), by and through their respective counsel of record, hereby request that the
Court enter an Order extending the briefing schedule associated with Franklin's Motion for
Summary Judgment on Statute of Limitations Grounds (Dkt. # 77) and Franklin's Motion for
Judgment on the Pleadings (Dkt. # 74) (together the "Motions"), both of which were filed by
Franklin on November 15, 2012 and are set for hearing on January 17, 2013.

   **WHEREAS**, under the current briefing schedule, Sender's oppositions to the Motions are
due November 29, 2012 and Franklin's reply briefs are due December 6, 2012;

   **WHEREAS**, Sender has filed a Motion to Extend Time;

   **WHEREAS**, Franklin disagrees with the basis for Sender's Motion to Extend Time;

1    **WHEREAS**, in order to conserve judicial resources, the Parties have agreed to extend the
2    deadline for Sender to file his opposition briefs and Franklin to file its reply briefs.

3    **THEREFORE**, the Parties hereby stipulate and agree, and request that the Court enter an
4    Order, extending the briefing schedule as follows:

5    1.   Sender shall file oppositions to the Motions no later than December 11, 2012.

6    2.   Franklin shall file reply briefs in support of the Motions no later than December 21,
7    2012.

8    **PRIOR EXTENSIONS OF TIME**

9    Prior extensions of time granted in this litigation include the following:

- An Order revising the briefing schedule on Franklin's Motion to Dismiss and Sender's Motion to Remand. (Dkt. No. 15)
- An Order extending the time for Sender to file an amended complaint. (Dkt. No. 29)
- An Order continuing a case management conference. (Dkt. No. 31).
- An Order extending the time for Sender to file a reply brief following a technical failure of the Court's ECF system, which prevented the timely filing of Franklin's opposition brief. (Dkt. No. 58).

18   **IT IS SO STIPULATED.**

19   DATED: November 27, 2012              TRUCKER ✦ HUSS

                                          By: /s/R. Bradford Huss
                                             R. Bradford Huss, Attorneys for Defendant
                                             FRANKLIN RESOURCES, INC.

     DATED: November 27, 2012              GOLD BENNETT CERA & SIDENER LLP

                                          By: /s/Solomon B. Cera
                                             Solomon B. Cera (SBN 99467)
                                             595 Market Street, Suite 2300
                                             San Francisco, California 94105
                                             Tel: (415) 777-2230
                                             Fax: (415) 777-5189
                                             Email: scera@gbcslaw.com
                                             Attorneys for Plaintiff, JOHN SENDER

STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE;              2
Case No. C11-03828-EMC
#1292373

1  I attest that my firm has obtained Mr. Cera's concurrence in the filing of this document.

3  DATED:  November 27, 2012          TRUCKER ✦ HUSS

                                      By:/s/R. Bradford Huss
                                         R. Bradford Huss
                                         Attorneys for Defendant
                                         FRANKLIN RESOURCES, INC.

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE;
Case No. C11-03828-EMC
#1292373

3

**ORDER**

Pursuant to the Parties' Stipulation, it is ordered that:

1. Sender shall file oppositions to the Motions (Dkt. # 74 and Dkt. # 77) no later than December 11, 2012.

2. Franklin shall file reply briefs in support of the Motions no later than December 21, 2012. The hearing is rescheduled from January 17, 2013 to January 24, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 28, 2012

_____
Honorable Edward M. Chen
Judge of the United States District Court

