CERA LLP
SOLOMON B. CERA (State Bar No. 99467)
LOUIS A. KESSLER (State Bar No. 243703)
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: (415) 777-2230
Fax: (415) 777-5189
E-mail: scera@cerallp.com
E-mail: lakessler@cerallp.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SENDER,<br><br>                    Plaintiff,<br><br>           v.<br><br>FRANKLIN RESOURCES, INC., and DOES 1-15,<br><br>                    Defendants. | Case No.: 11-cv-3828 EMC<br><br>**STIPULATION AND P~~ROPO~~SED ORDER SETTING CASE MANAGEMENT CONFERENCE** |

WHEREAS this Court entered a judgment in this case on March 14, 2013 (ECF No. 122);

WHEREAS the Ninth Circuit Court of Appeals reversed the judgment and remanded the case to this Court by Memorandum filed June 16, 2015 (ECF No. 134);

WHEREAS on July 31, 2015, the Clerk of this Court issued a letter spreading the Mandate of the Ninth Circuit (ECF No. 136);

WHEREAS the parties now request that a Case Management Conference be scheduled to establish the further course of proceedings in this case;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their counsel of record, that a Case Management Conference shall be conducted in this case on September 24, 2015 at 10:30 a.m.

1

| | | |
|---|---|---|
| 1 | Dated:  August 18, 2015 | CERA LLP |
| 2 | | |
| 3 | | By:/s/Solomon B. Cera<br>Solomon B. Cera (SBN #99467) |
| 4 | | Louis A. Kessler (SBN #243703)<br>595 Market Street, Suite 2300 |
| 5 | | San Francisco, CA 94105<br>Tel: (415) 777-2230 |
| 6 | | Fax: (415) 777-5189<br>scera@cerallp.com |
| 7 | | lakessler@cerallp.com |
| 8 | | Attorneys for Plaintiff |
| 9 | | |
| 10 | Dated:  August 18, 2015 | TRUCKER HUSS<br>A Professional Corporation |
| 11 | | |
| 12 | | By: /s/R. Bradford Huss<br>R. Bradford Huss (SBN #71303) |
| 13 | | Virginia H. Perkins (SBN #215832)<br>One Embarcadero Center, 12th Floor |
| 14 | | San Francisco, CA 94111<br>Tel: (415) 788-3111 |
| 15 | | Fax: (415) 421-2017<br>bhuss@truckerhuss.com |
| 16 | | vperkins@truckerhuss.com |
| 17 | | Attorneys for Defendant |
| 18 | | Franklin Resources, Inc. |

2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.   A joint CMC statement shall be filed by September 17, 2015.

Dated: August 19, 2015

_____
Edward M. Chen
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

3