1
2
3
4
5

**CERA LLP**
SOLOMON B. CERA (State Bar No. 99467)
LOUIS A. KESSLER (State Bar No. 243703)
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: (415) 777-2230
Fax: (415) 777-5189
E-mail: scera@cerallp.com
E-mail: lakessler@cerallp.com

6    Attorneys for Plaintiff

7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10   JOHN SENDER,                          )   Case No.: 11-cv-3828 EMC
                                           )
11                        Plaintiff,       )   **STIPULATION AND [PROPOSED]**
                                           )   **ORDER RE ADJUSTMENT TO BRIEFING**
12           v.                            )   **SCHEDULE ON MOTION TO BE FILED**
                                           )   **NOVEMBER 5, 2015**
13                                         )
     FRANKLIN RESOURCES, INC., and         )
14   DOES 1-15,                            )
                                           )
15                        Defendants.      )
16   _____   )

17           **WHEREAS** pursuant to the Court's Amended Case Management Scheduling Order,

18   filed October 19, 2015 (ECF No. 146), Plaintiff is to file his motion for leave to take discovery

19   related to the ERISA claim on or before November 5, 2015, with the motion to be heard on

20   December 10, 2015; and

21           **WHEREAS** because of the timing of this motion certain of the briefing is to occur

22   during the Thanksgiving Holiday; and

23           **WHEREAS** the parties have met and conferred regarding an adjustment to the briefing

24   schedule required by Civil L.R. 7;

25           **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto,

26   through their counsel of record, that Plaintiff's moving papers shall be filed and served on

27   November 5, 2015, Defendant's opposition papers shall be filed and served on November 23,

28   2015, and Plaintiff's reply papers shall be filed and served on December 2, 2015.

                                                                                              1

Dated:  November 4, 2015

**CERA LLP**

By: /s/Solomon B. Cera
Solomon B. Cera (SBN #99467)
Louis A. Kessler (SBN #243703)
595 Market Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 777-2230
Fax: (415) 777-5189
scera@cerallp.com
lakessler@cerallp.com

Attorneys for Plaintiff

Dated:  November 4, 2015

**TRUCKER ✦ HUSS**
A Professional Corporation

By: /s/R. Bradford Huss
R. Bradford Huss (SBN #71303)
Virginia H. Perkins (SBN #215832)
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Tel: (415) 788-3111
Fax: (415) 421-2017
bhuss@truckerhuss.com
vperkins@truckerhuss.com

Attorneys for Defendant
Franklin Resources, Inc.

2

1

**ORDER**

2       PURSUANT TO STIPULATION, IT IS SO ORDERED.

The motion and status conference
will be rescheduled for 12/17/2015 at
1:30 p.m.  An updated status report
shall be filed by 12/10/2015.

3

4 Dated: November __5__, 2015



                                _____

5                             Edward M. Chen

                            United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28