UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SENDER,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANKLIN RESOURCES INC,<br><br>    Defendant. | Case No. 11-cv-03828-EMC   (SK)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY**<br><br>Re: Dkt. No. 167 |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Sallie Kim for discovery. The parties must comply with the Standing Order for Magistrate Judge Kim, which is attached and available on the Court's website at http://www.cand.uscourts.gov/sk.

The parties are advised that the Court will only address discovery disputes that are presented by a joint letter brief in compliance with the Court's Standing Order after the parties have meet and conferred. If the parties filed a discovery motion brief before this matter was referred to the undersigned, the motion is HEREBY DENIED without prejudice. If the parties filed a joint letter brief, within three days from issuance of this Notice the parties shall file a joint statement verifying that they have complied with the meet and confer requirement of the Standing Order, prior to filing the letter. In the absence of such a statement, the request made through the joint letter brief is HEREBY DENIED without prejudice to filing a joint letter in compliance with the Court's Standing Order.

///

///

///

1    Please contact the Courtroom Deputy Clerk Melinda Lozenski at (415) 522-4158 with any
2 questions.
3    **IT IS SO ORDERED**.
4 Dated: December 23, 2015



SALLIE KIM
United States Magistrate Judge