UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SENDER,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>FRANKLIN RESOURCES INC,<br><br>　　　　Defendant. | Case No.  11-cv-03828-EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING ON PLAINTIFF'S OBJECTIONS TO FEBRUARY 18, 2016 ORDER**<br><br>Docket No. 194 |

On February 18, 2016, Judge Kim issued an order on Plaintiff John Sender's motion to compel the production of documents that Defendant Franklin Resources, Inc. withheld or redacted on the basis of attorney-client privilege.  Docket No. 188.  Plaintiff then filed objections pursuant to Federal Rule of Civil Procedure 72(a) and 28 U.S.C. § 636(b)(1).[1]  Docket No. 194.  Defendant must file an opposition to Plaintiff's objections by March 16, 2016, not to exceed nine pages (not including declarations and exhibits).  No reply is permitted.  Defendant should also lodge the documents at issue directly with the court for *in camera* inspection, and not file the documents with the clerk's office.

**IT IS SO ORDERED**.

Dated: March 8, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court notes that Plaintiff's objections were filed in violation of Local Rule 72-2, which states that any objection must be made as a "Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge" and may not exceed five pages.