UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SENDER,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANKLIN RESOURCES INC,<br><br>    Defendant. | Case No.  11-cv-03828-EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING ON PLAINTIFF'S OBJECTIONS**<br><br>Docket Nos. 207, 210 |

Plaintiff has filed objections to Judge Kim's March 2, 2016 Order (re ERISA discovery dispute) and March 9, 2016 Order (re Section 419 depositions), pursuant to Federal Rule of Civil Procedure 72(a).  Docket Nos. 207, 210.  Defendant must file oppositions to Plaintiff's objections by April 1, 2016, not to exceed three pages each.  No reply is permitted.

**IT IS SO ORDERED**.

Dated: March 29, 2016

_____

EDWARD M. CHEN
United States District Judge