UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SENDER,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANKLIN RESOURCES INC,<br><br>    Defendant. | Case No.  11-cv-03828-EMC  (SK)<br><br>**ORDER SEEKING SUBMISSION OF DOCUMENTS FOR IN CAMERA REVIEW**<br><br>Regarding Docket No. 228 |

Before this Court is a letter brief seeking to compel the production of certain documents listed on Defendant's ESI Privilege Log. (Dkt. 228) The Court has reviewed the letter brief, but requires additional documentation in order to make its determination. Therefore, the Court orders that Defendant produce the following documents, referenced by number from Defendant's ESI Privilege Log:

- Document 294 (email chain between Ms. Smith and Mr. Doerr dated October 13, 2008;
- Documents 284 and 285 (email between Ms. Smith and Ms. Calvello dated September 11, 2008); and
- Document 323 (chat between Ms. Calvello and Ms. Smith dated January 14, 2009).

Where applicable, the Defendant shall provide the Court with its redacted and unredacted copies.  Production shall be made by Friday, June 10, 2016.  Defendant may either send hard copies of the documents to the Court for delivery to chambers or submit them privately to the Court to the following email: skpo@cand.uscourts.gov.

/ / /

/ / /

**IT IS SO ORDERED**.

Dated: June 6, 2016



_____
SALLIE KIM
United States Magistrate Judge

2