CERA LLP
SOLOMON B. CERA (State Bar No. 99467)
C. ANDREW DIRKSEN (State Bar No. 197378)
LOUIS A. KESSLER (State Bar No. 243703)
595 Market Street, Suite 2300
San Francisco, California 94105
Tel: (415) 777-2230
Fax: (415) 777-5189
E-mail: scera@cerallp.com
E-mail: cdirksen@cerallp.com
E-mail: lakessler@cerallp.com

SHAPIRO SHER GUINOT & SANDLER, P.A.
PAUL M. SANDLER (Admitted *Pro Hac Vice*)
250 West Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel.: (410) 385-0202
Email: pms@shapirosher.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SENDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANKLIN RESOURCES, INC., and DOES 1-15,<br><br>　　　　Defendants. | Case No.: 11-cv-3828 EMC<br><br>**STIPULATION AND [P~~ROPOS~~ED] ORDER TO CONTINUE CERTAIN PRETRIAL DATES IN LIGHT OF NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |

*[DENIED — Judge Edward M. Chen]*

　　　　WHEREAS the parties to this litigation have been working diligently and cooperatively to accomplish the multitude of pretrial tasks as set forth in the First Amended Case Management and Pretrial Order for Jury Trial (ECF No. 146) as modified by subsequent stipulations and orders extending certain of the deadlines (ECF Nos. 178, 219);

　　　　WHEREAS on June 7, 2016, the Court ordered the parties to participate in a settlement conference with Chief Magistrate Judge Spero on June 13, 2016 beginning at 9:30 a.m.; and

1

1    WHEREAS by its Notice of Settlement Conference and Settlement Conference Order
2  (ECF No. 231) (the "Settlement Conference Order") Chief Magistrate Judge Spero has ordered
3  all parties and lead trial counsel to appear at the June 13 settlement conference and the parties to
4  submit Settlement Conference Statements by 12:30 p.m. on June 10, 2016; and
5    WHEREAS to allow for the parties to comply with the order for the settlement
6  conference so that a meaningful settlement conference may be conducted they will be required to
7  spend significant time between the date and time of this Stipulation and the settlement
8  conference to prepare their submissions to the Chief Magistrate Judge, to consult with their
9  respective clients concerning the matters required to be addressed by the parties in response to
10 the Settlement Conference Order from Magistrate Judge Spero and otherwise prepare for the
11 settlement conference, and for certain of the required participants to travel from out of state to
12 participate in the settlement conference; and
13   WHEREAS the parties believe that the time required to prepare for and participate in the
14 settlement conference will make it difficult for them to complete certain pretrial tasks in the
15 timeframes previously ordered by the Court; and
16   WHEREAS the parties have met and conferred regarding the foregoing and agree that
17 under the circumstances there is good cause to request a short extension of certain of the pretrial
18 deadlines in light of the developments associated with the court-ordered settlement conference,
19 so that the parties can focus on settlement efforts over the next several days; and
20   WHEREAS the parties are not requesting any continuance of the August 15, 2016 trial
21 date or July 19, 2016 pre-trial conference set forth in the Court's October 19, 2015 First
22 Amended Case Management and Pretrial Order (ECF No. 146);
23   THEREFORE, good cause existing, IT IS HEREBY STIPULATED AND AGREED, by
24 and between the parties hereto, through their counsel of record, that they jointly request a
25 modification of certain pretrial deadlines, and respectfully request the Court to adopt the
26 following new deadlines:
27   1.   The Parties respectfully request that the deadline for completion of expert
28 discovery be extended from June 24, 2016 to July 1, 2016;

1     2.    The Parties respectfully request that the deadline for the filing of motions *in limine* be extended from June 17, 2016 to June 21, 2016;

    3.    The Parties respectfully request that the deadline to oppose motions *in limine* be extended from June 24, 2016 to June 28, 2016; and

    4.    The Parties respectfully request that the deadline to submit the pretrial conference statement and related documents be extended from June 28, 2016 to July 5, 2016.

| | |
|---|---|
| Dated:  June 8, 2016 | CERA LLP |
| | By: /s/Solomon B. Cera |
| | Solomon B. Cera |
| | – and – |
| Dated:  June 8, 2016 | SHAPIRO SHER GUINOT & SANDLER, P.A. |
| | By: /s/Paul M. Sandler |
| | Paul M. Sandler (Admitted *Pro Hac Vice*) |
| | 250 West Pratt Street, Suite 2000 |
| | Baltimore, Maryland 21201 |
| | Tel.: (410) 385-0202 |
| | Attorneys for Plaintiff |
| Dated:  June 8, 2016 | GIBSON, DUNN & CRUTCHER LLP |
| | By: /s/Steven J. Johnson |
| | Steven J. Johnson |
| | 1881 Page Mill Road |
| | Palo Alto, CA 94304-1211 |
| | Tel: (650) 849-5300 |
| | Fax: (650) 849-5333 |
| Dated:  June 8, 2016 | TRUCKER✦HUSS |
| | By: /s/R. Bradford Huss |
| | R. Bradford Huss (SBN #71303) |
| | One Embarcadero Center, 12th Floor |
| | San Francisco, CA 94111 |
| | Tel: (415) 788-3111 |
| | Attorneys for Defendant |
| | Franklin Resources, Inc. |

1   I attest that I have obtained Mr. Johnson's, Mr. Huss's, and Mr. Sandler's concurrence in
2   the filing of this document.

3                          **[PROPOSED ORDER]**

4   PURSUANT TO STIPULATION, the following deadlines are extended as indicated: (1)
5   the date to complete expert discovery is extended from June 24, 2016 to July 1, 2016; (2) the
6   date for filing of motions *in limine* is extended from June 17, 2016 to June 21, 2016; (3) the date
7   to file oppositions to motions *in limine* is extended from June 24, 2016 to June 28, 2016; and (4)
8   the date for submission of the pretrial conference statement and related documents is extended
9   from June 28, 2016 to July 5, 2016.     DENIED.

10  IT IS SO ORDERED.

12  Dated: June  9 , 2016                              _____
                                                        Judge Edward M. Chen



4