| | |
|---|---|
| Solomon B. Cera, No. 99467<br>Louis A. Kessler, No. 243703<br>CERA LLP<br>595 Market Street, Suite 2300<br>San Francisco, California 94105<br>Telephone: (415) 777-2230<br>Facsimile: (415) 777-5189<br>E-mail: scera@cerallp.com<br>           lakessler@cerallp.com | Jonathan C. Dickey, No. 88226<br>Steven J. Johnson, No. 121568<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br>Email: jdickey@gibsondunn.com<br>         sjjohnson@gibsondunn.com |
| Paul Mark Sandler (*Pro Hac Vice*)<br>SHAPIRO SHER GUINOT & SANDLER, PA<br>250 West Pratt Street, Suite 2000<br>Baltimore, Maryland 21201<br>Telephone: (410) 385-4272<br>E-mail: pms@shapirosher.com | R. Bradford Huss, No. 71303<br>Clarissa A. Kang, No. 210660<br>TRUCKER ✦ HUSS, A Professional Corporation<br>One Embarcadero Center, 12th Floor<br>San Francisco, California 94111<br>Telephone: (415) 788-3111<br>Facsimile: (415) 421-2017<br>Email: bhuss@truckerhuss.com<br>         ckang@truckerhuss.com |
| Attorneys for Plaintiff<br>JOHN SENDER | Attorneys for Defendant<br>FRANKLIN RESOURCES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN SENDER,<br>            Plaintiff,<br>   v.<br>FRANKLIN RESOURCES, INC. and DOES 1-15,<br>            Defendants. | CASE NO. 11-cv-3828 EMC<br><br>**JOINT STIPULATION VOLUNTARILY DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE AND TERMINATING ACTION** |

JOINT STIPULATION VOLUNTARILY DISMISSING PLAINTIFF'S CLAIMS
WITH PREJUDICE AND TERMINATING ACTION
CASE NO. 11-CV-3828 EMC

Gibson, Dunn & Crutcher LLP

TO THE COURT AND THE CLERK OF THE COURT, PLEASE TAKE NOTICE THAT the parties to the above-referenced action hereby stipulate and agree as follows:

Plaintiff John Sender ("Plaintiff") and Defendant Franklin Resources, Inc. ("Franklin") have reached a confidential settlement to settle all of Plaintiff's claims in the instant lawsuit and to terminate all proceedings in this action with prejudice. Therefore, Plaintiff and Franklin hereby stipulate and agree that the claims of Plaintiff in the above-captioned lawsuit shall be and hereby are dismissed with prejudice and that the above-captioned action be terminated in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),[1] with each side to bear its own costs, expenses, and attorneys' fees, except as may otherwise be provided in the confidential settlement agreement. No further Court order is required.

IT IS SO STIPULATED

DATED: July 27, 2016

| CERA LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By: /s/ Solomon B. Cera<br>Solomon B. Cera | By: /s/ Steven J. Johnson<br>Steven J. Johnson |
| Solomon B. Cera<br>Louis A. Kessler<br>595 Market Street, Suite 2300<br>San Francisco, California 94105<br>Tel: (415) 777-2230<br>Fax: (415) 777-5189<br>scera@cerallp.com<br>lakessler@cerallp.com | Jonathan C. Dickey<br>Steven J. Johnson<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Tel: (650) 849-5300<br>Fax: (650) 849-5333<br>jdickey@gibsondunn.com<br>sjjohnson@gibsondunn.com |

---

[1] In the instant case where there is not a certified class, voluntary dismissal by joint stipulation of the parties is proper. Fed R. Civ. P. 41(a)(1)(A).

2

JOINT STIPULATION VOLUNTARILY DISMISSING PLAINTIFF'S CLAIMS
WITH PREJUDICE AND TERMINATING ACTION
CASE NO. 11-CV-3828 EMC

Gibson, Dunn &
Crutcher LLP

| | |
|---|---|
| SHAPIRO SHER GUINOT & SANDLER, PA | TRUCKER ✦ HUSS, A Professional Corporation |
| By: /s/ Paul Mark Sandler<br>Paul Mark Sandler | By: /s/ R. Bradford Huss<br>R. Bradford Huss |
| Paul Mark Sandler<br>250 West Pratt Street, Suite 2000<br>Baltimore, Maryland  21201<br>Tel:  (410) 385-4272<br>pms@shapirosher.com | R. Bradford Huss<br>Clarissa A. Kang<br>One Embarcadero Center, 12th Floor<br>San Francisco, California 94111<br>Tel:  (415) 788-3111<br>Fax:  (415) 421-2017<br>bhuss@truckerhuss.com<br>ckang@truckerhuss.com |
| *Attorneys for Plaintiff*<br>*John Sender* | *Attorneys for Defendant*<br>*Franklin Resources, Inc*. |

I attest that I have obtained Mr. Cera's, Mr. Sandler's, and Mr. Huss's concurrence in the filing of this document.

```
IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District
```



3

Gibson, Dunn & Crutcher LLP